# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

IN RE:

CLAUDE JOSEPH NOLETTO, JR.,
and TERRY LYNN NOLETTO,

Case No. 98-13813-MAM
Chapter 13

      Debtors.

---

CLAUDE JOSEPH NOLETTO, JR.,
and TERRY LYNN NOLETTO,

      Plaintiffs,

CV     02-0326-BH-1
Adversary No. 99-1120-MAM

NATIONSBANC MORTGAGE
CORPORATION,

      Defendant.

## DECLARATION UNDER PENALTY OF PERJURY
## OF CRYSTAL M. CAMPBELL

Declarant pursuant to 28 U.S.C. §1746 states as follows:

1.    My name is Crystal M. Campbell. I am over the age of eighteen (18) years, and am competent to make this declaration. I have personal knowledge of the facts stated herein.

2.    I am employed as a paralegal with Bank of America, Legal Department, and have been so employed for six (6) years.

3.    On May 2, 2002, the plaintiff class representative and the defendant, NationsBanc Mortgage Corp., entered into a Stipulation and Agreement of Compromise and Settlement (the "Stipulation of Settlement").

4. The Stipulation of Settlement, previously filed with this Court, provides for notice to all persons identified as members of the Settlement Class.

5. Beginning August 5, 2002, Bank of America mailed, through first class mail, to all persons identified as members of the Settlement Class pursuant to the identification process provided for in the Stipulation of Settlement, the Notice of Pendency of Class Action, Class Action Determination, Proposed Settlement of Class Action, Settlement Hearing, Right to Request Exclusion and Right to Appear (the "Notice"), attached as Exhibit ____ . These mailings were completed by August 15, 2002.

6. Pursuant to the Stipulation of Settlement, Bank of America arranged for the publication, in the national edition of the USA Today, the Summary Notice of Class Action Determination, Proposed Settlement of Class Action and Settlement Hearing (the "Summary Notice"). A separate affidavit by Cheryl Rothlin, Principal Clerk of USA Today, details the publication of the Summary Notice.

7. The Summary Notice published in the USA Today included a toll-free telephone number, 1-888-206-6515, established by Bank of America, allowing prospective class members to request a copy of the Notice.

8. The Summary Notice published in the USA Today also included the following post office box address, established by Bank of America, allowing prospective class members to request a copy of the Notice:

Settlement Administrator

Proof of Claim Class Litigation

P.O. Box 2162

Mobile, AL 36652-2162

9.    In response to inquiries to the toll-free telephone number, not more than ten (10) mailings of the Notice were mailed after August 15, 2002. The mailings made in response to these inquiries were completed by September 10, 2002.

10.    All mailings to persons identified as members of the Settlement Class were completed by September 10, 2002.

11.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the _3_ day of October, 2002.

Crystal M. Campbell

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

IN RE:

CLAUDE JOSEPH NOLETTO, JR.,
and TERRY LYNN NOLETTO,

    Debtors.

Case No. 98-13813-MAM
Chapter 13

---

CLAUDE JOSEPH NOLETTO, JR.,
and TERRY LYNN NOLETTO,

    Plaintiffs,

NATIONSBANC MORTGAGE
CORPORATION,

    Defendant.

CV   02-0326-BH-1
Adversary No. 99-1120-MAM

### CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2002, I served a copy of the foregoing Declaration Under Penalty of Perjury on counsel to the plaintiffs, Claude Joseph Noletto, Jr., and Terry Lynn Noletto, by ~~First Class~~ Mail, addressed as follows: *hand delivery*

Steve Olen
Olen, Nicholas & Copeland P.C.
166 Government Street, Suite 200
Mobile, AL 36633

John H. Culver III
KENNEDY COVINGTON LOBDELL
    & HICKMAN LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC 28202
Telephone: (704)331-7400
Facsimile: (704)331-7598