# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

IN RE:

CLAUDE JOSEPH NOLETTO, JR.,
and TERRY LYNN NOLETTO,

      Debtors.

Case No. 98-13813-MAM
Chapter 13

---

CLAUDE JOSEPH NOLETTO, JR.,
and TERRY LYNN NOLETTO,

      Plaintiffs,

NATIONSBANC MORTGAGE
CORPORATION,

      Defendant.

CV   02-0326-BH-l
Adversary No. 99-1120-MAM

## VERIFICATION OF PUBLICATION

2093743.01
LIB: CH

 

Marketplace Today
7950 Jones Branch Drive • McLean, Virginia 22108

GANNETT

# VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF ARLINGTON**

Being duly sworn Cheryl Rothlein says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on Tuesday, August 27, 2002 the following advertisement- Summary Notice Of Class Action Determination, Proposed Settlement was published in USA TODAY.

Cheryl Rothlein
Principal Clerk of USA TODAY
August 29, 2002

Subscribed and sworn to before me
This 29th day of August month
2002 year.

H. C
Notary Public

My Commission Expires 4/30/2005

# Marketpl

Turn to Marketplace Today on page 2D in today's Life section to find a variety of products and services.

## LEGAL NOTICE

**SUMMARY NOTICE OF CLASS ACTION
DETERMINATION, PROPOSED SETTLEMENT
OF CLASS ACTION AND SETTLEMENT HEARING**

TO: *ALL INDIVIDUALS WHO PREVIOUSLY FILED FOR PERSONAL BANKRUPTCY AND AT THAT TIME HAD A RESIDENTIAL MORTGAGE LOAN WITH NATIONSBANC MORTGAGE, BA MORTGAGE, LLC OR BANK OF AMERICA MORTGAGE*

This summary notice relates to the proposed settlement, subject to court approval, of nationwide class action litigation on behalf of a class (the "Settlement Class") of individual bankruptcy debtors (other than individuals who have filed a petition for relief under the bankruptcy laws in the Western District of North Carolina) whose residential mortgage loan was serviced by NationsBanc Mortgage Corporation and its affiliates at any time after January 1, 1994, (i) while the person was a debtor in a Chapter 13 bankruptcy case, or (ii) while the person's residential mortgage loan was subject to or involved in a Chapter 13 bankruptcy case filed by a co-obligor, or (iii) while the person's residential mortgage loan account was assessed, contained or reflected a Bankruptcy Fee in connection with a Chapter 13 Bankruptcy Case or in a Chapter 13 bankruptcy filed before NationsBanc serviced the Loan.

SEPTEMBER 17, 2002, IS THE DEADLINE FOR SUBMITTING A CLAIM FORM, OR FOR EXERCISING YOUR RIGHT TO APPEAR OR REQUESTING EXCLUSION FROM THE CLASS.

If you previously filed for personal bankruptcy and at that time had a residential mortgage loan with or serviced by NationsBanc Mortgage Corporation you may be a member of the Settlement Class covered by the proposed settlement which will affect your rights, and this notice accordingly applies to you.

A description of the settlement, its background and additional information is contained in the printed Notice of Pending Class Action, Class Action Determination, Proposed Settlement of Class Action, Settlement Hearing, and Right to Appear. IF YOU HAVE NOT RECEIVED A COPY OF THE PRINTED NOTICE IN THE MAIL, YOU MAY REQUEST THAT A COPY BE MAILED TO YOU BY CALLING 1-888-206-6516 (TOLL-FREE). You will then be mailed a copy of the printed Notice together with a form of Claim Form that may apply to you, with instructions, at no cost to you.

*PLEASE DO NOT CONTACT THE COURTS FOR INFORMATION.*

The litigation proposed to be settled is entitled *Claude Joseph Noleto, Jr. v. NationsBanc Mortgage Corp.*, Adversary Proceeding No. 99-1120-MAM, pending in the U.S. Bankruptcy Court, Southern District of Alabama and the United States District Court for the Southern District of Alabama.

YOU ARE HEREBY NOTIFIED, pursuant to Rule 7023 and 9019 of the Federal Rules of Bankruptcy Procedure and Rule 23 of the Federal Rules of Civil Procedure, that a hearing has been scheduled for October 8, 2002, at 1:00 p.m., in the U.S. Bankruptcy Court, 201 St. Louis Street, Mobile Alabama for the purposes of: (a) determining whether the proposed settlement of the action, on a national class-wide basis, is fair, reasonable and adequate, and should be approved by the court, and whether judgment should be entered thereon; and (b) considering such other matters as may properly come before the courts in connection with the hearing, which may include an application by class counsel for an award of attorneys' fees and reimbursement of expenses. Each of the courts may adjourn the hearing, or any adjournment thereof, without further notice to members of the class other than by announcement at the hearing or any adjournment thereof. If you are a member of the Settlement Class, you may be entitled to monetary benefits pursuant to the settlement if it is judicially approved.

You may request to be excluded from the Settlement Class by mailing a written request for exclusion postmarked no later than September 17, 2002 to Settlement Administrator, Proof of Claim Class Litigation, P.O. Box 2162, Mobile, Alabama 36652-2162. As is further explained in the printed Notice, any requests for exclusion must state your name, address, and social security number or taxpayer identification number. Any Settlement Class member who requests exclusion will not be entitled to share in the benefits of the proposed settlement and will not be bound by any judgment entered in the litigation affecting the Settlement Class. If you elect to be excluded from the Settlement Class, you may pursue, at your own expense, whatever legal rights you may have on an individual basis. As is also described in the printed Notice, any member of the Settlement Class who has not requested exclusion and who objects to the proposed Settlement may appear in person or by his or her attorney at the hearing and present any evidence or argument that may be proper or relevant, by following the procedures set forth in the Notice. Such objections are required to be served and filed no later than September 17, 2002.

## BUSINESS OPPORTUNITIES

### EXECUTIVE CONSULTANTS

...needed to offer unique financial services to save clients huge amounts on their income taxes and protect their assets from lawsuits, judgements and creditors. State-of-the-art marketing tools. Local appointments set for you. Make up to $5,400 per client plus lifetime residuals. Talk to existing consultants. 24 hour recording
(800) 653-4477

### Outstanding Oppty.

Schools throughout the country are demanding our services for their students to stop the #1 killer; Drinking & Driving. Areas available on an exclusive basis. Immediate high income from day one. $14,900 investment req'd.
888/524-5249

### BUSINESS SERVICES

BOUNCED Checks?

## HEALTH & FITNESS



### New European
# HAIR DISCOVERY

As Seen On TV

### Induces Hair!
*No Drugs, Hairpieces or Hair Transplants!*

As much Permanent hair as desired Guaranteed!

Free Brochure 800-234-0527

---

## LEGAL N

### SUMMARY NOTICE OF CLAS

IF YOU ARE AN ORIGINAL PURCHASER, EITH CONNECTION WITH THE PURCHASE OR WHIRLPOOL BATHTUB MANUFACTURED BY THE "MASTERPIECE" LINE OF TUBS) BETW THROUGH AUGUST 1, 2002, YOU MAY BE ENT CLASS ACTION SETTLEMENT, AND YOUR SETTLEMENT. IF YOU HAVE PURCHASED A OCTOBER 28, 1995 AND AUGUST 1, 200 MANUFACTURED BY LASCO BATHWARE, I NOTICE AND THE PROPOSED SETTLEMEN VERIFY THAT YOUR WHIRLPOOL BATHTUB CLAIM FORM AS REQUIRED BY THE SETTLEM

PLEASE READ THIS NOTICE CAREFULLY. IF claims of the Class for economic damages relati whirlpool bathtubs manufactured by Lasco Bathw benefits available under the Settlement.

The Court in Cause No. 99-00701, filed by Lamar Bass Bathware, Inc. pending in the 294th Judicial District Cou preliminarily approved a class action settlement.

Plaintiffs claim that Lasco Bathware, Inc. breached certa deceptive trade practices because the cleaning instru ineffective to adequately purge the whirlpool piping sys denies these allegations. However, the Parties have agre of Settlement dated August 8, 2002, and the Court has directed that Notice be provided to the Class.

The Settlement provides benefits to the Members of cleaning product and modified cleaning procedures regar system.

Plaintiffs have agreed to dismiss the Litigation, includi damages, with prejudice, which dismissal will be incorpo All Class Members will be bound by any final judgmen Bathware, Inc., its past, present and future parents, subsi wholesalers and/or retailers who have sold whirlpoo whether sold under the Lasco brand name or any ot present and future officers, directors, employees, agen economic damages related to cleaning instructions for Inc. The Class Members will be forever barred from related to the cleaning instructions for whirlpool bathtu

At the Fairness Hearing, Lead Class Counsel will make amount of $500,000.00.

This notice contains only a summary of the terms of the of the matters involved in this Litigation, members of filed in this Litigation, and the Stipulation of Settlemen through Friday (excluding holidays) at the office of t Street, Canton, Texas, 75103.

**IMPORTANT**

If you wish to exclude yourself from the Class, appear the Settlement, you must submit certain documents by may file a written objection with the Court, ANY SU OF THE COURT AND SERVED ON THE ATTORNEY SET FORTH IN THE SETTLEMENT AGREEMENT BELOW. THE OBJECTIONS MUST BE IN THE PROPE

The Court has scheduled a Fairness Hearing to cons October 28, 2002, at 11:00 a.m., in the Courtroo 294th Judicial District Court of Van Zandt County, Tex East Dallas Street, Canton, Texas, 75103.

If you wish to claim the benefits of the Settlement, Settlement Date. The anticipated deadline for filing a

**FOR FURTHER**

Further details regarding these benefits and the term: sources, including the specific information to exclude at the Fairness Hearing:
(a) Write Lasco Bathware, Inc. Class Actio 63114; or
(b) Call the Claims Administrator at 1 80
(c) Visit the web site at www.regen/9900
(d) Contact Lead Class Counsel at:
John L. Malesovas
Malesovas & Martin, L.
P.O. Box 1709
Waco, TX 76703-1709
Telephone: 254/753-1

## HEALTH/FITNESS

### More POTENT THAN VIAGRA

WORKS IMMEDIATELY
1 MONTH FREE
CALL 1-888-319-4372

1-800-
NFL•MLB•L
Buy/Sell

800 - 3
US Open, N
NFR, N
www.c

800Buy
NFL • Spring
8 0 0 -

## TICKETS

# TICKET SOLUTIONS
NBA•NFL•NHL•MLB•NASCAR
BROADWAY • VEGAS SHOWS
ALL CONCERTS NATIONWIDE

AL
US OPEN •
1-80

NFL • Playo
800-

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

IN RE:

CLAUDE JOSEPH NOLETTO, JR.,
and TERRY LYNN NOLETTO,

      Debtors.

Case No. 98-13813-MAM
Chapter 13

---

CLAUDE JOSEPH NOLETTO, JR.,
and TERRY LYNN NOLETTO,

      Plaintiffs,

NATIONSBANC MORTGAGE
CORPORATION,

      Defendant.

CV   02-0326-BH-1
Adversary No. 99-1120-MAM

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of October, 2002, I served a copy of the foregoing Declaration of Crystal M. Campbell on counsel to the plaintiffs, Claude Joseph Noletto, Jr., and Terry Lynn Noletto, by First Class Mail, addressed as follows:

      Steve Olen
      Olen, Nicholas & Copeland P.C.
      166 Government Street, Suite 200
      Mobile, AL 36633

                     John H. Culver III
                     KENNEDY COVINGTON LOBDELL
                        & HICKMAN LLP
                     Hearst Tower, 47th Floor
                     214 North Tryon Street
                     Charlotte, NC 28202
                     Telephone: (704)331-7400
                     Facsimile: (704)331-7598

                                              2093762.01
                                            LIB: CH



Marketplace Today
7950 Jones Branch Drive • McLean, Virginia 22108


GANNETT

## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF ARLINGTON**

Being duly sworn Cheryl Rothlein says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on Tuesday, August 20, 2002 the following advertisement- Summary Notice Of Class Action Determination, Proposed Settlement was published in USA **TODAY**.

_____
Principal Clerk of USA TODAY
August 20, 2002

Subscribed and sworn to before me
This 21st day of August month
2002 year.

_____
Notary Public

My Commission Expires 9-20-05

ent the study, *Newsweek* magazine :tion suggested in a cover story that an f all unmarried 40-year-old woman ually was more likely to be kidnapped :ca- by a terrorist than get hitched.
)60, Researchers have shown nu-

details on modern marriages also are dealt with.

"Marriage is becoming a luxury good," says sociologist Frank Furstenberg of the University of Pennsylvania. Rising expectations of partners and living standards over

other groups, says social policy expert Christopher Jencks of Harvard. But he is more cautious about the trend. "They are perfectly reasonable projections," he says, but projections of this kind are notoriously unreliable.

# lace TODAY

**1-800-872-3433 Toll-free in the U.S. only**



## TIMESHARE-RESALE

### TIMESHARE RESALES
**CALL The Resale Industry Leader!**

BUYERS
**1-800-243-5166**

SELLERS
**1-800-745-4410**

MAIN/INT'L
**936-588-4488**

*ependently owned and operated*

## Shop TODAY

### COLLECTIBLES

**BRAND NEW 2002 SILVER EAGLES**
**Pure Silver - Gem Brilliant Uncirculated**
Single Coins $6.95 (+$1.00 P&H)
10 Coins Just $69.95 (+$5.00 P&H)
20 Coin Roll $139.00 (+$9.00 P&H)
One Ounce Of Pure Silver
(.999 Fine).
NEW Custom Display Holders $1.75 Each! Prices subject to change.

**$6.95 each**
Official U.S. Mint Coins

Visit us @
**GOBNUM.COM**
Gobrecht Numismatics
P.O. Box 13456, Silver Spring, MD 20911
1-800-222-0098 | 8am-6pm Mon-Fri

**To advertise in Mail Order Marketplace, please call 1-800-872-3433** (Toll-free in the U.S. only)

## DUCATION

**WARNING**
in a Distance Learning
y until you' ve heard
corded message. Call
66-785-9557 ext. 200
formation newswire

## LLEGES
## ERSITIES

### ited Degrees
Life Experience
Masters, Doctorate
w www.AIB4U.org

### EDITED DEGREE
RE THAN EVER
nomic times having a
, Master' s or Ph.D.
nen more important,
sential, credit for work
se. Student Loans.
ung 800-951-1203

## S-CLASSES
## iCollege.com
9 PhD / $199
1-800-689-5102

## SINESS
## S FOR SALE
itional Franchise,
Y Superior quality.
:imable $4.7mill loan,
36+ return on cash
.A.D.R. 502-899-1021

## ASSIC CAR SALES,
## BODY & PARTS
E $13,500,000.00
DA: $1,300,000.00
:$8,000,000.00
$650,000.00
:alad Niche Market.
a. Turnkey. Brokers
Contact: McCann
:ciates LOC; Charles
77 Brookside Blvd;
:das City MO 64114

## CHISES
fler operated-based
hout using harsh
pesticides. Call
America for Free
a. 800-989-5444

## NESS
## TUNITIES
ney Yearly for 1x
1K/50K team early
mall. Proven track
ll advertising. Call
free media kit
:ww.com

## BUSINESS
## OPPORTUNITIES

### $1.00 STORES
Complete Turnkey From $45,900
1-800-829-2915
DOLLARSTORESERVICES.COM

### $$ ATM ROUTE $$
KFC, McDonald' s, Taco Bell
Locations Available Now!
$20k min invest. Free Info
Free info. 1-888-337-6411

### Buy Foreclosures
Use our $ split BIG Profits! Training!
Free Info: 1-800-995-0048, x2000

### CIGARS
Area Distributor Needed for Top
Int' l Brands. High Income -
Low startup. 1-800-472-4804

### DIRECT BANKCARD ISO' S
★ 1.48% + .19 -100% over
★ 1 App/Same Day Merchant # s
★ Portfolio Ownership/Buyouts
★ Amex-Diners-Discover-Income
★ New TP $299 / 2085-5310
★ LFG-Direct Leasing .0285 / No
Disclose. Experience Required
Call Rich 1-800-286-8472 ext 912

### EXPLOSIVE NEW
### CONCEPT
We are looking for serious people
who want to make serious money.
Our program is so simple you will
wonder why you didn' t think of it.
Earn up to $1,500 per day
You will make Money
Call: 800-675-6144 $14,900 Inv. Req

### INCOME...BONUSES...ROYALTIES
Growing company w/great $
potential seeking self motivated
people. 800-716-0453 (9am-7pm)

### INTERNATIONAL
### CAPITAL AVAILABLE
Need Operating/Venture Capital
an Equity, Lease, Sale/Leaseback?
Call the very best @ (954) 565-7600
Parker Leasing & Financing
Fort Lauderdale, Florida U.S.A.
Est. 1968
Minimum Transaction:
10 Million

### MAJOR EXPANSION:
Turnkey Opportunity. 60-70% comm
No Nonsense Biz $500K yrly poss+
Res. No Loss Policy, No Selling
1-866-303-0363 - $25K min. Inv.
**EXECUTIVE**

## LEGAL NOTICE

### SUMMARY NOTICE OF CLASS ACTION
### DETERMINATION, PROPOSED SETTLEMENT
### OF CLASS ACTION AND SETTLEMENT HEARING

TO: ALL INDIVIDUALS WHO PREVIOUSLY FILED FOR PERSONAL BANKRUPTCY AND AT THAT TIME HAD A RESIDENTIAL MORTGAGE LOAN WITH NATIONSBANC MORTGAGE, BA MORTGAGE, LLC OR BANK OF AMERICA MORTGAGE

This summary notice relates to the proposed settlement, subject to court approval, of nationwide class action litigation on behalf of a class (the "Settlement Class") of individual bankruptcy debtors (other than individuals who have filed a petition for relief under the bankruptcy laws in the Western District of North Carolina) whose residential mortgage loan was serviced by NationsBanc Mortgage Corporation and its affiliates at any time after January 1, 1994, (i) while the person was a debtor in a Chapter 13 bankruptcy case, or (ii) while the person's residential mortgage loan was subject to or involved in a Chapter 13 bankruptcy case filed by a co-obligor, or (iii) while the person's residential mortgage loan account was assessed, contained or reflected a Bankruptcy Fee in connection with a Chapter 13 Bankruptcy Case or in a Chapter 13 bankruptcy filed before NationsBanc serviced the Loan.

SEPTEMBER 17, 2002, IS THE DEADLINE FOR SUBMITTING A CLAIM FORM, OR FOR EXERCISING YOUR RIGHT TO APPEAR OR REQUESTING EXCLUSION FROM THE CLASS. If you previously filed for personal bankruptcy and at that time had a residential mortgage loan with or serviced by NationsBanc Mortgage Corporation you may be a member of the Settlement Class covered by the proposed settlement which will affect your rights, and this notice accordingly applies to you.

A description of the settlement, its background and additional information is contained in the printed Notice of Pending Class Action, Class Action Determination, Proposed Settlement of Class Action, Settlement Hearing, and Right to Appear. IF YOU HAVE NOT RECEIVED A COPY OF THE PRINTED NOTICE IN THE MAIL, YOU MAY REQUEST THAT A COPY BE MAILED TO YOU BY CALLING 1-888-206-6516 (TOLL-FREE). You will then be mailed a copy of the printed Notice together with a form of Claim Form that may apply to you, with instructions, at no cost to you.

*PLEASE DO NOT CONTACT THE COURTS FOR INFORMATION.*

The litigation proposed to be settled is entitled *Claude Joseph Noletto, Jr. v. NationsBanc Mortgage Corp.*, Adversary Proceeding No. 99-1120-MAM, pending in the U.S. Bankruptcy Court, Southern District of Alabama and the United States District Court for the Southern District of Alabama.

YOU ARE HEREBY NOTIFIED, pursuant to Rule 7023 and 9019 of the Federal Rules of Bankruptcy Procedure and Rule 23 of the Federal Rules of Civil Procedure, that a hearing has been scheduled for October 8, 2002, at 1:00 p.m., in the U.S. Bankruptcy Court, 201 St. Louis Street, Mobile, Alabama, for the purposes of: (a) determining whether the proposed settlement of the actions, on a national class-wide basis, is fair, reasonable and adequate, and should be approved by the courts, and whether judgment should be entered thereon; and (b) considering such other matters as may properly come before the courts in connection with the hearing, which may include an application by class counsel for an award of attorneys' fees and reimbursement of expenses. Each of the courts may adjourn the hearing, or any adjournment thereof, without further notice to members of the class other than by announcement at the hearing or any adjournment thereof. If you are a member of the Settlement Class, you may be entitled to monetary benefits pursuant to the settlement if it is judicially approved.

You may request to be excluded from the Settlement Class by mailing a written request for exclusion postmarked no later than September 17, 2002 to Settlement Administrator, Proof of Claim Class Litigation, P.O. Box 2162, Mobile, Alabama 36652-2162. As is further explained in the printed Notice, any requests for exclusion must state your name, address, and social security number or taxpayer identification number. Any Settlement Class member who requests exclusion will not be entitled to share in the benefits of the proposed settlement and will not be bound by any judgment entered in the litigation affecting the Settlement Class. If you elect to be excluded from the Settlement Class, you may pursue, at your own expense, whatever legal rights you may have on an individual basis. As is also described in the printed Notice, any member of the Settlement Class who has not requested exclusion and who objects to the proposed Settlement may appear in person or by his or her attorney at the hearing and present any evidence or argument that may be proper or relevant, by following the procedures set forth in the Notice. Such objections are required to be served and filed no later than September 17, 2002.

## TICKETS

**GOLDEN TICKETS**

**US Open Tennis**
NFL

## LEGAL NOTICE

Notice of Interim Distribution
Action Auto Rental, Inc.
Action Auto Liquidation Trust
Case 93-10409

On June 21, 2002 the U.S. Bankruptcy Court for the Northern District of Ohio (the "Court") entered an Order (the "Or-

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

IN RE:

CLAUDE JOSEPH NOLETTO, JR.,
and TERRY LYNN NOLETTO,
Case No. 98-13813-MAM<br>Chapter 13

      Debtors.

---

CLAUDE JOSEPH NOLETTO, JR.,
and TERRY LYNN NOLETTO,

      Plaintiffs,
CV  02-0326-BH-1<br>Adversary No. 99-1120-MAM

NATIONSBANC MORTGAGE
CORPORATION,

      Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2002, I served a copy of the foregoing Verification of Publication on counsel to the plaintiffs, Claude Joseph Noletto, Jr., and Terry Lynn Noletto, by ~~First Class Mail~~, addressed as follows: Hand-delivery

Steve Olen
Olen, Nicholas & Copeland P.C.
166 Government Street, Suite 200
Mobile, AL 36633

John H. Culver III
KENNEDY COVINGTON LOBDELL
    & HICKMAN LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC 28202
Telephone: (704)331-7400
Facsimile: (704)331-7598

2093770.01
LIB: CH